William Arthur McIntosh
TDCJ-ID no. 688254
Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601


Clerk, Abel ?Acosta
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, Texas 78711

November 29, 2015

Dear Clerk:

I filed and received an extension of time to file a PDR. I am now writing to inform the court that I will no longer need the extra time as I will not be filing a PDR as to do so would be a frivilous action as I have since discovered in my research. The Court of Criminal Appeals case number assigned to this action is as follows: PD-1430-15 thru PD-1439-15. If a motion is needed can this letter be substituted as such? If not then please inform me and I will draft a formal motion to perform this duty. I do not wish to waste the courts time with a frivilous matter.

I wish to thank you in advance for your help and assistance in this matter.

Sincerely,

William Arthur Mcintosh

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 02 2015

Abel Acosta, Clerk